UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================X

| | |
|---|---|
| **JUAN P. ORTIZ and EMMY ZAPATA VALLEJO,** | Case No.: 1:24-cv-06148-VSB |
| **Plaintiffs,** | **NOTICE OF MOTION TO REMAND** |
| -against- | |
| **DOT FOODS INC., GABRIEL JAMEER TATE and BENJAMIN SANTIAGO ROLDAN,** | |
| **Defendants.** | |

=========================================X

PLEASE TAKE NOTICE that plaintiffs, Juan P. Ortiz and Emmy Zapata Vallejo, hereby move this Court, before the Hon. Vernon S. Broderick, U.S.D.J., for an Order, remanding this action to the Supreme Court of the State of New York, Bronx County, on the ground that this action was improperly removed on the purported basis of diveristy jurisdiction, absent perfect diversity of citizenship between the adverse parties, and in support of their Motion, plaintiffs will rely upon the annexed Memorandum of Law, Attorney Affimation, and Affidavit of defendant Benjamin Santiago Roldan, together with the Exhibits annexed thereto.

Respectfully Submitted,

**HECHT, KLEEGER & DAMASHEK, P.C.**

*/s/ Jordan Hecht/*

**JORDAN HECHT, ESQ. (JDH-3142)**
19 West 44th Street – Suite 1500
New York, New York 10036
(212) 490-5700

TO: **WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP**
Attorneys for Defendants
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000