**HECHT, KLEEGER & DAMASHEK, P.C.**
19 WEST 44TH STREET, SUITE 1500
NEW YORK, N.Y. 10036
TEL (212) 490•5700 • FAX (212) 490-4800
www.LAWYER1.COM

JONATHAN S. DAMASHEK *
JORDAN D. HECHT * •
JUDD F. KLEEGER * •

* ADMITTED IN NEW YORK
• ADMITTED IN NEW JERSEY

October 22, 2026

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *Juan P. Ortiz and Emmy Zapata. v. Dot Foods Inc., et al.*
Venue : U.S. Dist. Court, Southern District of New York
Docket No.: 1:24-cv-06148

Honorable Judge Broderick:

This firm was the former attorney for plaintiffs Juan Ortiz and Emmy Zapata ("plaintiffs") in the above referenced matter that was subsequently remanded to the Supreme Court, Bronx County.

In connection with the motion to remand, was granted permission to move for attorney's fees pursuant to Fed. R. Civ. P. 11. The motion was filed in on November 11, 2024 (See, Doc. 36) and has since been fully submitted.

After discussing this matter further with John Hsu, the attorneyt for defendants DOT Food Inc., et. al., plaintiff has agreed to withdraw the motion in its entirety with predjudice.

If the Court has any questions or requires any additional documentation, please so advise.
Thank you for your attention to this matter.

Very Truly Yours

Jordan Hecht

JORDAN HECHT

cc: John A. Hsu via ECF

Plaintiffs' motion for sanctions, (Doc. 36), is hereby DENIED as moot.

The Clerk of the Court is respectfully directed to terminate the open motion at Document 36.

SO ORDERED: 10/23/2026

Vernon Broderick

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE